UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60610-CIV-GOLD/Turnoff

LEE SHAPIRO,

    Plaintiff,

v.

BANKUNITED, F.S.B.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Compel Discovery Responses and Documents, Certification of Compliance With S.D. Fla. L.R. 26.1.I, and Supporting Memorandum of Law **[DE 21]**, filed on October 29, 2006, and Defendant Bankunited, F.S.B.'s Motion to Compel More Complete Discovery Responses and Documents **[DE 37]**, filed on December 5, 2006.  A hearing on these matters was held on December 22, 2006.  The Court has considered the written and oral arguments, the court file, the applicable law, and is otherwise duly advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Compel Discovery Responses and Documents, Certification of Compliance With S.D. Fla. L.R. 26.1.I, and Supporting Memorandum of Law **[DE 21]** is **Deemed Moot**.  Defendant's first Motion to Compel Discovery became moot upon Plaintiff's compliance with production of discovery on November 16, 2006; and

(2) Defendant Bankunited, F.S.B.'s Motion to Compel More Complete Discovery

Case No.: 06-60610-CIV-GOLD/Turnoff

Responses and Documents **[DE 37]** is **Granted-in-part and Denied-in-part**. Plaintiff shall comply with all outstanding discovery requests, including the execution of the medical waivers, by no later than the close of business on January 2, 2007. With respect to the medical waivers, any information obtained therefrom shall be deemed confidential, such that it is restricted only to the eyes of attorneys and their necessary staff. In addition, the parties shall continue to abide by the Stipulated Protective Order on Confidentiality **[DE 26]** that is in place. Defendant's requests for the imposition of sanctions and for attorney's fees are **Denied without prejudice**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 22nd day of December 2006.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

Copies provided to:
Honorable Alan S. Gold
All counsel of record

Lee Shapiro, pro se [via U.S. Mail from Chambers]
453 NW 38th Avenue
Deerfield Beach, FL 33442